1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada  89169
   E-mail: jthompson@clarkhill.com
4  Telephone:  (702) 862-8300
   Facsimile:  (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8                   UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
9

10 | CHRIS V. JEFFERSON, an individual, | ) | Case No. 2:21-cv-01636-JAD-DJA |
   |---|---|---|
11 | Plaintiff, | ) ) ) | |
12 | vs. | ) ) | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
13 | NATIONAL CREDIT SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES LLC, a foreign limited-liability company; TRANS UNION LLC, a foreign limited-liability company, | ) ) ) ) ) ) ) ) ) | |
   | | | **FIRST REQUEST** |
17 | Defendants. | ) ) | |

18     Defendant Equifax Information Services LLC ("Equifax") has requested an extension of
19 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has
20 no opposition.  Accordingly, pursuant to LR IA 6-1, IT IS HEREBY STIPULATED AND AGREED
21 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer,
22 move or otherwise respond to the Complaint in this action is extended from November 5, 2021
23 through and including **December 6, 2021**.  The request was made by Equifax so that it can have an
24 opportunity to collect and review its internal files pertaining to the allegations in the Complaint,
25 and Plaintiff approves.  Equifax and Plaintiff also make this request because they have engaged in
26 pre-Answer settlement discussions, and this extension will allow the parties to
27 . . .
28 . . .

1  explore early resolution of the case without expending unnecessary attorney's fees and costs. This

2  stipulation is filed in good faith and not intended to cause delay.

3        Respectfully submitted, this 5th day of November, 2021.

5  CLARK HILL PLLC

6  By: /s/ *Jeremy J. Thompson*
7  Jeremy J. Thompson
   Nevada Bar No. 12503
8  3800 Howard Hughes Pkwy,
   Suite 500
9  Las Vegas, NV 89169
   Tel: (702) 862-8300
10 Fax: (702) 862-8400
   Email: jthompson@clarkhill.com
11

12 *Attorney for Defendant Equifax Information Services LLC*

<u>*No opposition*</u>

/s/ *Kevin L. Hernandez*
Kevin L. Hernandez
Nevada Bar No. 12594
LAW OFFICE OF KEVIN L. HERNANDEZ
8920 W. Tropicana Avenue, Suite 101
Las Vegas, NV 89147
Phone: (702) 563-4450
Fax: (702) 552-0408
Email: kevin@kevinhernandezlaw.com

*Attorney for Plaintiff*

16 IT IS SO ORDERED:

18 _____
   United States Magistrate Judge

19 DATED: November 8, 2021

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 5th day of November, 2021, via the Court's CM/ECF system, upon all counsel of record.

By: /s/ *Jeremy J. Thompson*
Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: jthompson@clarkhill.com