**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com

**COUNSEL FOR TRANS UNION LLC**

**\*\*Designated Attorney for Personal Service\*\***
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS V. JEFFERSON,<br><br>                    Plaintiff,<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>                    Defendants. | Case No. 2:21-cv-01636-JAD-DJA<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Chris V. Jefferson ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

1. On September 3, 2021, Plaintiff filed his Complaint. Trans Union was served with Plaintiff's Waiver of Service and Complaint on September 7, 2021. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is November 8, 2021.

2. On November 8, 2021, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

5264923.1

1

3. The parties will actively discuss a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense. The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.

4. Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

5. Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including December 8, 2021. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 8th day of November 2021.

QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
jbergh@qslwm.com
COUNSEL FOR TRANS UNION LLC

LAW OFFICE OF KEVIN L. HERNANDEZ

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez
Nevada Bar No. 12594
kevin@kevinhernandezlaw.com
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89123
Telephone: (702) 563-4450
Facsimile: (702) 552-0408
COUNSEL FOR PLAINTIFF

5264923.1

2

**ORDER**

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

DATED this 9th day of November, 2021.

_____
**HONORABLE DANIEL J. ALBREGTS**
**UNITED STATES MAGISTRATE JUDGE**

# CERTIFICATE OF SERVICE

I hereby certify that on this the 8th of November 2021, I filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Kevin L. Hernandez
kevin@kevinhernandezlaw.com
Law Offices of Kevin L. Hernandez
8872 S. Eastern Avenue, Suite 270
Las Vegas, NV 89123
(702) 563-4450
(702) 552-0408 Fax
**Counsel for Plaintiff**

Michael B. Lee
mike@mblnv.com
Michael N. Martin
matthis@mblnv.com
Michael B. Lee, P.C.
1820 E. Sahara Avenue, Suite 110
Las Vegas, NV 89104
(702) 731-0244
(702) 477-0096 Fax
**Counsel for National Credit Systems, Inc.**

Jeremy J. Thompson
jthompson@clarkhill.com
Clark Hill PLLC
3800 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169
(702) 862-8300
(702) 862-8400 Fax
**Counsel for Equifax Information Services, LLC**

                 */s/ Jennifer Bergh*
                 **JENNIFER BERGH**

4

5264923.1