Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS V. JEFFERSON, an individual,<br><br>Plaintiff;<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; And TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:21-cv-01636-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT NATIONAL CREDIT SYSTEMS, INC. WITH PREJUDICE**<br><br>ECF No. 19 |

Plaintiff, Chris V. Jefferson ("Plaintiff"), and Defendant, National Credit Systems Inc. ("NCS") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///
///
///
///
///
///
///
///

under FRCP 41(a) as to NCS, with Plaintiff and NCS bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: December 21, 2021

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: December 21, 2021

**QUILLING SELANDER LOWNDS
WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh, Esq.
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
jbergh@qslwm.com
*Attorney for Defendant Trans Union LLC*

Dated: December 21, 2021

**CLARK HILL PLLC**

*/s/ Gia N. Marina*
Gia N. Marina, Esq.
Nevada Bar No. 15276
3800 Howard Hughes Pkwy., Suite 500
Las Vegas, NV 89169
gmarina@clarkhill.com
*Attorney for Defendant Equifax
Information Services, LLC*

Dated: December 21, 2021

**MICHAEL B. LEE, P.C.**

*/s/ Michael B. Lee*
Michael B. Lee, Esq.
Nevada Bar. No. 10122
Michael N. Matthis, Esq.
Nevada Bar No. 14582
1820 E. Sahara Avenue, Suite 110
Las Vegas, NV 89104
mike@mblnv.com
matthis@mblnv.com
*Attorneys for Defendant
National Credit Systems, Inc.*

### ORDER

Based on the parties' stipulation **[ECF No. 19]** and good cause appearing, IT IS HEREBY ORDERED that **the claims against Defendant NATIONAL CREDIT SYSTEMS, INC. are DISMISSED** with prejudice, each side to bear its own fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 29, 2021