Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS V. JEFFERSON, an individual,<br><br>Plaintiff;<br><br>v.<br><br>NATIONAL CREDIT SYSTEMS, INC., a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign limited-liability company; And TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendant. | Case No.: 2:21-cv-01636-JAD-DJA<br><br>**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE**<br><br>ECF No. 26 |

Plaintiff, Chris V. Jefferson ("Plaintiff") and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

Therefore, the Parties, by and through their respective attorneys of record, and subject to the Court's approval, respectfully request dismissal of the above-captioned matter with prejudice

///
///
///
///
///
///
///
///

under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: April 4, 2022

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
8920 W. Tropicana Avenue, Suite 101
Las Vegas, Nevada 89147
kevin@kevinhernandezlaw.com
***Attorney for Plaintiff***

Dated: April 4, 2022

**ALVERSON TAYLOR & SANDERS**

*/s/ Kurt R. Bonds*
Kurt R. Bonds, Esq.
Nevada Bar No. 6228
6605 Grand Montecito Pkwy., Suite 200
Las Vegas, NV 89149
kbonds@alversontaylor.com
***Attorney for Defendant Trans Union LLC***

### ORDER

Based on the parties' stipulation [ECF No. 26] and good cause appearing, and because this final stipulation leaves no claims pending, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey

Dated: April 6, 2022